DATE: AUGUST 6TH, 2012

BILLY MOORE #1645458
GIB LEWIS UNIT
777 FM 3497
WOODVILLE, TX 75990

United States Courts
Southern District of Texas
FILED

AUG 1 0 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CLERK OF THE COURT
P.O. BOX 61010
HOUSTON, TX 77208

DEAR CLERK OF THE COURT:

THIS LETTER IS TO DESCRIBE ALL THE GROUNDS AND TREATMENT THAT AN INMATE FACES EVERY DAY IN TDCJ.

FIRST OFF. IT SAYS IN THE HEALTHCARE MANUAL IN F-49.1 PERSONAL HYGIENE THAT: POLICY: II. EACH FACILITY MUST PROVIDE OFFENDERS WITH THE FOLLOWING ITEMS: SOAP, TOOTHBRUSH, TOOTHPOWDER, DENTAL FLOSS PICK, TOILET PAPER, SHAVING IMPLEMENTS AND LAUNDRY SERVICES.

LAUNDRY ON THE GIB LEWIS UNIT PASSES OUT BANAL CLOTHING-WHICH CAUSES PEOPLE TO RECEIVE CASES FOR SAGGING THEIR PANTS, WHEN IN REALITY WE'RE NOT, YET WE ARE HARASSED ABOUT IT DAILY. OFFICIALS WON'T PUT OUT NEW CLOTHES. THEY JUST KEEP PATCHING UP CLOTHES TILL THEY CAN'T BE WORN ANYMORE. WE HAVE TO GO TO VISITATION TO SEE OUR FAMILIES IN RAGGEDY OLD CLOTHING. WE ARE MADE TO SHAVE WITH A RAZOR EVERY DAY FOR 7 DAYS WHEN THE RAZOR WAS ONLY MADE FOR ONE OR TWO DAYS. WE ARE GIVEN 5 BARS OF SOAP FOR SEVEN DAYS. THE LITTLE BARS BARELY LAST THROUGH ONE SHOWER EACH. THAT MEANS WE CAN'T WASH OUR HANDS IN OUR CELLS OR THE DAYROOM. THAT ALSO LEAVES 2 DAYS WE DON'T GET TO SHOWER. WE DON'T GET GIVEN ANYTHING TO BRUSH OUR TEETH WITH LIKE A TOOTHBRUSH OR TOOTHPOWDER THAT WE ARE SUPPOSED TO BE GIVEN.

THE DINING HALL IS FULL OF UNSANITIZED CUPS, TRAYS, AND SPOONS. THERE IS USUALLY FOOD STILL LEFT ON A LOT OF THEM, EVEN AFTER THEY ARE WASHED. THE TABLES ARE NEVER CLEAN AND THERE IS ALWAYS STANDING WATER IN THE DINING

AREA. THIS IS VERY BAD AS THERE ARE A FEW HANDICAPPED PEOPLE ON THIS UNIT AND THAT CREATES A FALL RISK AND AN UNSAFE CONDITION THAT IS INTENTIONALLY IGNORED. THE OFFENDERS AS WELL AS THE OFFICIALS NEVER WASH THEIR HANDS WITH SOAP OR HAND SANITIZER WHEN SERVING FOOD, ETC.

IT SAYS IN THE TDCJ OFFENDER ORIENTATION HANDBOOK THAT EACH OFFENDER MUST KEEP HIS LIVING AREA NEAT, CLEAN, AND FREE OF CONTRABAND. WE CANNOT CLEAN BECAUSE WE ARE GIVEN NOTHING TO CLEAN WITH. THE TOILETS ARE DIRTY AND NASTY. WE HAVE TO WORRY DAILY ABOUT STAFF, SCABIES, BOILS, HEPATITIS C., AIDS, AND A MULTITUDE OF OTHER DISEASES BECAUSE OF NO SANITATION PRODUCTS BEING PASSED OUT.

IT SAYS IN THE TDCJ OFFENDER ORIENTATION HANDBOOK THAT OFFENDERS WILL REPORT PROBLEMS WITH CELL, WING, OR DORM TOILETS, SINKS, ELECTRICAL PLUGS, LIGHTS, OR OTHER SIMILAR ITEMS TO THE OFFICER ON DUTY. THIS DOES NO GOOD BECAUSE THEY DON'T WRITE IT UP OR MAINTENANCE DOESN'T SHOW UP TO FIX IT. WE HAVE BEEN WITHOUT CELL LIGHTS NOW FOR MORE THAN TWO WEEKS. COURTS IN THIS COUNTRY HAVE RULED THAT INADEQUATE LIGHTING VIOLATES THE CONSTITUTION WHEN IT ENDANGERS INMATES' PHYSICAL OR MENTAL HEALTH. THIS IS UNDER "ADEQUATE SHELTER" REQUIRED BY THE 8TH AMENDMENT (TILLERY V. OWENS, 719 F. SUPP. 1256, 1271 (W.D. PA 1989), AFF'D, 907 F. 2D 418 (3D. CIR. 1990). (GILLESPIE V. CRAWFORD, 833 F. 2D 47, 50 (5TH CIR. 1987).

THERE ARE OBVIOUS SAFETY HAZARDS THAT ARE IGNORED BY RANKING OFFICIALS AND OFFICERS, YET WHEN WE GET HURT AS A RESULT OF THESE SAFETY HAZARDS THAT WERE NOT TAKEN CARE OF, IT'S OUR FAULT. THEY HAVE PAINTED CAUTION/HAZARD/WET FLOOR SIGNS EVERYWHERE SO IT'S CONSTANTLY POSTED AND THEY ARE COVERED. THIS DOES NOT TAKE CARE OF THE HAZARD OR PREVENT THE ACCIDENT BECAUSE OF IT.

THESE ARE IMPROPER CONDITIONS OF CONFINEMENT AND A VIOLATION OF THE 8TH AMENDMENT RIGHT OF "BASIC HUMAN NEED" (E.G. TO HAVE A RIGHT TO SAFE CONDITIONS IN PRISON). THIS IS MISTREATMENT OF OFFENDERS (PD 22, RULE 23).

SUBSTANDARD DUTY PERFORMANCE (PD 22, RULE 7). BY DENYING US OUR "BASIC HUMAN NEEDS" AS THESE CONDITIONS PUT US AT SERIOUS RISK FOR AN INJURY IN THE FUTURE (HELLING V. MCKINNEY, 509 U.S. 25 (1993). FURTHERMORE, SHOWING DELIBERATE INDIFFERENCE (WILSON V. SEITER, 501 U.S.

294(1991); (FARMER V. BRENNAN, 511 U.S. 825 (1994).

WE ARE DENIED THE RIGHT TO EAT SOMETIMES. NOT JUST ON THE GIB LEWIS UNIT, BUT OTHERS AS WELL. I, BILLY MOORE #1645458, HAD A PREVIOUS GRIEVANCE WROTE ON THIS IN OCTOBER 10TH, 2010, BECAUSE I LOST MY MEAL CARD ON THE TERRELL UNIT. ON 2-22-12 JAMES SPANGLER #1729348, WAS DENIED THE RIGHT TO EAT AND WAS THEN THREATENED FOR SAYING HE WOULD EXERCISE HIS RIGHT TO THE GRIEVANCE SYSTEM. THIS IS RETALIATION (PD 22, RULE 22). FURTHERMORE, THEY ARE ENDANGERING INMATES WITH MEDICAL CONDITIONS BY DOING THIS. (CRAWFORD-EL V. BRITTON, 523 U.S. 574, 588 N. 10, 118 S. CT. 1584) AN OFFICIAL VIOLATES THE CONSTITUTION WHEN HE OR SHE KNOWS THAT INMATES ARE AT RISK AND FAILS TO RESPOND REASONABLY. DELIBERATE INDIFFERENCE IS THE FAILURE TO TAKE REASONABLE PROTECTIVE MEASURES IN RESPONSE TO A KNOWN RISK.

WHEN AN OFFICER WRITES A CASE AGAINST AN INMATE, THAT INMATE IS AUTOMATICALLY GUILTY, EVEN IF HE DIDN'T DO WHAT HE GOT WROTE UP FOR.

THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT PROHIBITS THE GOVERNMENT FROM DEPRIVING A PERSON OF LIBERTY OR PROPERTY "WITHOUT DUE PROCESS OF LAW". INMATES HAVE LIMITED RIGHTS WHEN IT COMES TO DEPRIVATIONS OF THEIR LIBERTY AND PROPERTY. WHEN WE ARE WRITTEN A BOGUS CASE (WHICH HAPPENS ON A REGULAR BASIS) OUR DUE PROCESS RIGHTS ARE VIOLATED AND DEPRIVE US OF "LIBERTY" IN THAT WE ARE PUNISHED UNJUSTLY AND PUT ON RESTRICTION.

WHEN WE WRITE AN OFFICER UP ON SOMETHING THEY DID, ALL THE OFFICER HAS TO DO IS DENY THE ALLEGATIONS AND THEY ARE AUTOMATICALLY NOT GUILTY WHEN A GRIEVANCE GETS SENT BACK TO YOU SAYING "INSUFFICIENT EVIDENCE HAS BEEN FOUND TO SUBSTANTIATE ANY VIOLATIONS OF POLICY BY STAFF. NO MATTER IF YOU HAVE WITNESSES TO THE INCIDENT OR NOT. WE ARE VERBALLY, MENTALLY, AND PHYSICALLY ABUSED BY ALL THE OFFICERS AND RANK. AND CONSTANTLY HARASSED BY SOME. ABUSE IS A VIOLATION OF THE PD 22'S (PD 22, RULE 14) AND HARASSMENT IS (PD 22, RULE 22).

OUR PROPERTY IS LEFT UNSECURED AND MIXED WITH OTHER PEOPLES (CAUSING A FIGHT) WHEN CERTAIN SHAKEDOWNS ARE DONE. LEGAL WORK TORE UP AND SOMETIMES MISSING. GRIEVANCES AND LAWSUITS AGAINST TDCJ AND IT'S OFFICIALS MISSING.

A GRIEVANCE SYSTEM THAT IS INEFFECTIVE. GRIEVANCES LOST (DESTROYED), NOT INVESTIGATED AND DENIED. THE SAME THING HAPPENS AT STEP 2 LEVEL IN HUNTSVILLE.

INADEQUATE MEDICAL CARE. WE ARE REFUSED MEDICATIONS THAT WE NEED. GIVEN SURGERIES THAT WERE DONE POORLY AND HAVE TO BE DONE AGAIN 3 MONTHS LATER, SUBJECTING US TO MORE PAIN WITH INADEQUATE PAIN MEDS. DISCRIMINATORY TREATMENT. LIKE HAVING TO USE A WALKER WHEN I NEED CRUTCHES (BECAUSE THEY SAY IT CAN BE USED AS A WEAPON) WHILE EVERYONE ELSE HAS CRUTCHES. I, BILLY MOORE #1645458, WHO IS AN AMPUTEE IS THE ONLY ONE ON THE WHOLE UNIT WITH A WALKER, AND I CAME ONTO THIS UNIT WITH CRUTCHES. BEING DENIED MEDICAL BOOTS AND HAVING MY PROSTHETIC FIXED BECAUSE I DO NOT WORK, CAUSING A CHANCE FOR MORE INJURY.

THE WARDENS, THE RANK, AND THE OFFICERS ON THIS UNIT DO THINGS THE WAY THEY WANT TO. NOT HOW RULES AND REGULATIONS SAY IT SHOULD BE RAN, BUT HOW THEY WANT TO RUN IT. THEY WILL TELL YOU STRAIGHT OUT "WELCOME TO THE GIB LEWIS UNIT. WE DO THINGS THE WAY WE WANT TO."

ALL OF THESE THINGS HAVE CREATED A VERY HOSTILE ENVIRONMENT FOR WHICH SOME LEGAL ACTION NEEDS TO BE TAKEN.

BELOW IS A LIST OF NAMES WHICH ARE IN SUPPORT OF THIS ACTION.

SINCERELY,
BILLY MOORE #1645458
Billy Moore

1. Enrique Hernandez 1070860
2. Christopher Altizer #1713882
3. James P. Spangler #1729348
4. Walter Harris # 1667406
5. Jacob Galvan # 1758583
6. Johnny L. Hazard #1432591
7. [illegible] Rasberry 1724870
8. Joshua Taylor 1728907
9. Bruce Wood 1400415
10. Austyn Skinner #1696249

11. [illegible] #584960
12. Scott Price #1531501
13. Lucas Strait #1626041
14. Jacob Sotello # 1716518
15. [illegible] #1694867
16. [illegible] #1727151
17. [illegible] #1583382
18. [illegible] 1635229
19. Michael Fisk 1664967
20. Lonzo Burnes #1542027
21. David [illegible] #1570615
22. Alberto Garcia #1667254
23. Angel Herrera #1328305
24. Rolando Carmona #1300142
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38.
39.
40.
41.
42.
43.
44.
45.
46.
47.
48.
49.
50.